UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MADALYN COBLE and,<br>TIM COBLE<br><br>   Plaintiffs,<br><br>   v.<br><br>TRAVAIL, INC., PITTS FOOD SERVICE, LLC,<br>WILLIAM PITTS and ROBERT PITTS<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.: 2:18-cv-00280-JVB-APR<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' UNOPPOSED MOTION
## FOR APPROVAL OF SETTLEMENT

Defendants Travail, Inc., Pitts Food Service, LLC, William Pitts and Robert Pitts ("Defendants") move the Court for an Order granting their Unopposed Motion for Approval of Settlement. Defendants conferred with counsel for Plaintiffs about this filing and report that the Motion is unopposed. In support of this Motion, Defendants are contemporaneously filing their Memorandum of Law in Support of the Motion for Approval of Settlement. The proposed Order granting this motion is attached to the Memorandum of Law.

BARNES & THORNBURG LLP

*/s/ Michael P. Palmer*
Michael P. Palmer
Michael.Palmer@btlaw.com
(574) 237-1135
Teresa A. Maginn
Teresa.Maginn@btlaw.com
(574) 237-1172
700 1st Source Bank Center
100 N. Michigan St.
South Bend, IN 46601-1632
Fax: (574) 237-1125

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to: Mark L. Phillips (mlphillips@nlkj.com), Newby, Lewis, Kaminski & Jones, LLP, P.O. Box 1816, La Porte, IN 46350-1816.

BARNES & THORNBURG LLP

By: /s/ *Michael P. Palmer*